UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-101 (LMP/DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.                        Plaintiff, | ) | **ORDER FOR APPEARANCE OF** |
| | ) | **DEFENDANT AND FOR** |
| DEBORAH HODGES, | ) | **TRANSPORTATION EXPENSES** |
| | ) | **PURSUANT TO 18 U.S.C. § 4285** |
| Defendant. | ) | |

The Court having held Defendant to answer in the United States District Court for the District of Minnesota in Minneapolis and finding that the defendant has been released from custody, currently resides in Pennsylvania, and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the indigent defendant, released from custody, appear before the above-referenced Court on June 4, 2026 not later than 1:30 p.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 4285, the United States Marshal furnish the indigent defendant transportation to appear before the Court and furnish subsistence expenses, not to exceed per diem allowance for travel authorized under 5 U.S.C. § 5702(a).

Dated: May 26, 2026

*s/ Dulce J. Foster*
Honorable Dulce J. Foster
United States Magistrate Judge